# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2018

### NO. 03-16-00022-CV

**Vladimir Vaschenko, Appellant**

**v.**

**Novosoft, Inc.; Philip Brenan; and Patricia Eure, Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
AFFIRMED IN PART; DISMISSED IN PART -- OPINION BY JUSTICE BOURLAND**

This is an appeal arising from an order of dismissal signed by the trial court on December 10, 2015, and from a summary judgment signed by the trial court on December 11, 2015. Having reviewed the record the parties' arguments, the Court holds that there was no reversible error in the trial court's summary judgment. Therefore, the Court affirms the trial court's summary judgment. The Court dismisses the appeal from the order of dismissal for want of jurisdiction. The appellant shall pay all costs relating to this appeal both in this Court and in the trial court.